UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------
:
DAVID L. DOWLING,                           :     CASE NO. 1:16-CV-2180
                                            :
          Plaintiff,                        :
                                            :
     vs.                                    :     OPINION & ORDER
                                            :     [Resolving Doc. 19]
NANCY A. BERRYHILL,                         :
ACTING COMMISSIONER                         :
OF SOCIAL SECURITY,                         :
                                            :
          Defendant.                        :
                                            :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On August 30, 2016, Plaintiff David L. Dowling asked the Court to review Defendant Commissioner's decision to deny him disability benefits.[1] Magistrate Judge Kathleen B. Burke issued a Report and Recommendation ("R&R") recommending that this Court affirm the Commissioner's decision.[2]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a R&R to which the parties have made an objection.[3] Parties must file any objections to a R&R within fourteen days of service.[4] Failure to object within this time waives a party's right to appeal the magistrate's report.[5] Absent objection, a district court may adopt the magistrate judge's report without review.[6]

---

[1] Doc. 1.
[2] Doc. 19.
[3] 28 U.S.C. § 636(b)(1)(C).
[4] *Id.*; Fed. R. Civ. P. 72(b)(2).
[5] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).
[6] *See Thomas*, 474 U.S. at 149.

Case No. 1:16-CV-2180
Gwin, J.

Here, Plaintiff informed the Court he is not objecting to the R&R and the Defendant has not filed an objection.[7] Accordingly, the Court **ADOPTS** in whole Magistrate Judge Burke's Report and Recommendation and incorporates it fully herein by reference, and **DISMISSES** Plaintiff Dowling's complaint.

IT IS SO ORDERED.


Dated: June 3, 2017                                  *s/         James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE

---

[7] Doc. 20.